# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SAUL RODRIGUEZ CARLOS,<br>    Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br>Warden,<br>    Respondent. | CV 23-0360 DSF (JPR)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Motion to Dismiss the Petition (Dkt. 14), Petitioner's Opposition to the Motion to Dismiss (Dkt. 18), the Magistrate Judge's Order Granting the Motion to Dismiss with Leave to Amend (Dkt. 19), the Report and Recommendation of the Magistrate Judge ("Report") recommending the Court dismiss the Petition for failure to prosecute and failure to state a claim (Dkt. 21), and other relevant records on file. Petitioner did not file Objections to the Report but instead simply refiled an identical copy of his Opposition to the Motion to Dismiss. (Dkt. 22).

For the reasons stated in the Report the Petition is dismissed for failure to prosecute and failure to state a claim, and a certificate of appealability ("COA") is denied. See 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

Accordingly, it is ordered that:

1. The Report is **ACCEPTED**.

    2.  Judgment shall be entered **DISMISSING** this action and **DENYING** a COA.

    3.  The Clerk serve this Order, the Report, and Judgment on all counsel or parties of record.

    IT IS SO ORDERED.

Date: June 25, 2024

Dale S. Fischer
United States District Judge