JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL RODRIGUEZ CARLOS,<br>    Petitioner,<br><br>          v.<br><br>CHRISTIAN PFEIFFER, Warden,<br>    Respondent. | CV 23-0360 DSF (JPR)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is **DISMISSED** and a Certificate of Appealability is **DENIED**.

IT IS SO ORDERED.

Date: June 25, 2024

_____
Dale S. Fischer
United States District Judge